# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN GOMEZ, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> JEFFREY DUNGO, *et al.*, <br><br>   Defendants. | Case No. 2:23-cv-01744-JAD-NJK <br><br> **Order** |

This case was initiated in this Court on diversity grounds.  *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiffs' certificate of interested parties fails to identify citizenship attributed to any Plaintiff.  *See* Docket No. 12.

Accordingly, Plaintiffs must file an amended certificate of interested parties by November 8, 2023, fully identifying the citizenship attributed to them.

IT IS SO ORDERED.

Dated: November 1, 2023

                                                                       _____
                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.