# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN GOMEZ, an individual; LSG, a minor represented by her Guardian ad Litem, Monica Espinoza; and AGJR, a minor represented by his Guardian ad Litem, Antonieta Uribes;<br><br>*Plaintiffs,*<br><br>vs.<br><br>JEFFREY DUNGO, an individual; and DOES 1-10 inclusive,<br><br>*Defendants.* | Case No.: 2:23-cv-01744-NJK<br><br>**SCHEDULING ORDER** |

1

**TO THIS HONORABLE COURT:**

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on January 10, 2024. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

1. Discovery Cut-Off Date. The first defendant answered or otherwise appeared on December 22, 2023. The discovery cut-off date is June 19, 2024.

2. Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is March 21, 2024.

3. Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is April 22, 2024. The deadline to disclose rebuttal experts is May 20, 2024.

4. Dispositive Motions. The deadline to file dispositive motions is July 19, 2024.

5. Pretrial Order. The deadline to file a pretrial order is August 19, 2024.

6. Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

7. Alternative Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

8. Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

9. Electronic Evidence. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations.

IT IS SO ORDERED.
Dated: January 31, 2024

_____
Nancy J. Koppe
United States Magistrate Judge