Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
Bryan J. Ure, Esq.
Nevada Bar No. 11004
bure@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant
JEFFREY DUNGO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIVAN GOMEZ, an individual; LSF, a minor represented by her Guardian ad Litem, Monica Espinoza; and AGJR, a minor represented by his Guardian ad Litem, Antonieta Uribes,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DUNGO, an individual; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01744-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY (FIRST REQUEST)**

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-4, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the rebuttal expert deadline as set forth below.

1. Pursuant to LR 26-4(a), the parties stipulate that the following discovery was completed:

   - The parties have served initial and supplemental disclosures pursuant to Rule 26(a)(1)
   - Defendant Dungo has been served with and responded to document requests.
   - Multiple document and witness subpoenas have been served by Defendant Dungo upon Verizon, Las Vegas Metropolitan Police Department, Coroner, and an out of state witness, Linda Strahl.
   - The deposition of Mike Fortier, representative of Krispy Kreme which took place on April 15, 2024, noticed by the Plaintiff.
   - The Deposition of Defendant Dungo occurred on 7/14/23.
   - Several witness depositions already took place:
     - Monica Espinoza, 6/14/23
     - Vivian Gomes, 6/14/23
     - Michael Simmons, 2/29/24
     - Antonieta Uribes, 6/14/23

2. Pursuant to LR 26-4(b), the parties stipulate that they desire to complete the following discovery:

   - Depose Las Vegas Metropolitan Police Department detective, Joshua Pearson, set for May 14, 2024, served by Defendant Dungo.
   - Depose percipient witness, Linda Strahl, out of state resident of Colorado on May 16, 2024, served by Defendant Dungo.

- Depose or obtain records pursuant to records subpoena Verizon Wireless, set for May 7, 2024, served by Defendant Dungo.
- Disclose Initial and Rebuttal experts
- Any other discovery permitted by the Federal Rules of Civil Procedure and orders of the Court.

3. Pursuant to LR 26-4(c), the parties stipulate an extension is needed for the following reasons:

The parties agree to extend the initial and rebuttal expert deadline as the above-referenced depositions of the Las Vegas Metropolitan Police Department Detective, and the Coroner, are required by the Parties' experts to complete expert reports, as they have key facts in the investigation of the claims that serve as the basis for this litigation. Further, the testimony of the out of state witness, Linda Strahl, and Verizon Wireless records are also needed for completion of the same. Due to the scheduling of these depositions and availability of witnesses, the dates occur after the expert deadlines. Therefore, the Parties agree that continuing the expert deadlines is necessary.

The parties agree that they have demonstrated good cause and excusable neglect for this request.

4. Pursuant to LR 26-4(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:

The parties agree to extend the discovery deadlines as set forth below:

1. The discovery cut-off deadline from 6/19/24 to 8/20/24
2. Extend the date to disclose initial expert witnesses from 4/22/24 to 6/19/24 and rebuttal disclosures from 5/20/2024 to 7/22/2024;
3. The date to file dispositive motions from 7/19/24 to 8/20/24; and
4. The date to file the Joint Pre-Trial Order from 8/19/24 to 9/20/24. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

5. Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

| DATED this 22nd day of April, 2024 | DATED this 22nd day of April, 2024 |
|---|---|
| **MURCHISON & CUMMING, LLP** | **ROSEN SABA, LLP** |

By: */s/ Michael J. Nunez*
 Michael J. Nuñez, Esq.
 Nevada Bar No. 10703
 Bryan J. Ure, Esq.
 Nevada Bar No. 11004
 Attorneys for Defendant

By: */s/ Ryan D. Saba*
 Ryan D. Saba, Esq.
 State Bar No. 192370
 Allison Owens, Esq.
 State Bar No. 347908
 Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATED: April 23, 2024