UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN GOMEZ, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>JEFFREY DURANGO,<br><br>    Defendant(s). | Case No. 2:23-cv-01744-JAD-NJK<br><br>**Order**<br><br>[Docket No. 31] |

Pending before the Court is a stipulation regarding discovery coordination with a state court action in California. Docket No. 31.

The Court declines to approve the stipulation. First, the stipulation includes no points and authorities, or meaningful legal discussion, supporting the relief sought.[1] Second, so long as doing so does not interfere with Court proceedings or deadlines,[2] parties are generally permitted to enter discovery stipulations without judicial approval. *See* Fed. R. Civ. P. 29(b). No explanation is provided as to why judicial approval is needed here.

Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: May 15, 2024

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge

---

[1] The Court certainly appreciates the concerns as to duplicative and unnecessary discovery based on the filing of two separate lawsuits covering the same subject matter. If those are significant concerns here, one must wonder if that scenario could and should have been avoided by not filing two separate lawsuits.

[2] The stipulation does not seek to coordinate case management deadlines between the two actions. If the parties envision continuing to engage in discovery in the state court action even after the discovery cutoff in this case (and to use the fruits of that discovery in this case), the stipulation has not explained why that would be proper or how that would work in practice.

1