**SEMENZA RICKARD LAW**
JARROD L. RICKARD, ESQ., (State Bar No. 10203)
jlr@semenzarickard.com
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669

**THE LAW OFFICE OF ROBERT P. KARWIN**
ROBERT P. KARWIN, ESQ. (State Bar No. 190573)
29800 Bradley Rd., Ste. 103
Sun City, CA 92586
Telephone:   (951) 246-4514
Facsimile:   (951) 246-8174

**ROSEN ✧ SABA, LLP**
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
ALLISON OWENS, ESQ. (State Bar No. 347908)
aowens@rosensaba.com
2301 Rosecrans Ave., Ste. 3180
El Segundo, California 90245
Telephone:   (310) 285-1727
Facsimile:   (310) 285-1728

Attorneys for Plaintiffs,
VIVIAN GOMEZ; LSG; and AGJR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN GOMEZ, an individual; LSG, a minor represented by her Guardian ad Litem, Monica Espinoza; and AGJR, a minor represented by his Guardian ad Litem, Antonieta Uribes;<br><br>*Plaintiffs,*<br><br>vs.<br><br>JEFFREY DUNGO, an individual; and DOES 1-10 inclusive,<br><br>*Defendants.* | Case No.:  2:23-cv-01744-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 35 |

1
STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
#2016759v1

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiffs Vivian Gomez, an individual; LSG, a minor represented by her Guardian ad Litem, Monica Espinoza; and AGJR, a minor represented by his Guardian ad Litem, Antonieta Uribes and Defendant Jeffrey Dungo, by and through their counsel of record, that the action entitled *Gomez et al v Dungo*, case number 2:23-cv-01744-NJK be dismissed with prejudice. The parties will bear their own fees and costs.

Respectfully submitted,

DATED:   July 15, 2024    **MURCHISON & CUMMING, LLP**

By: /s/ Michael Nunez
    Michael J. Nuñez, Esq.
    Nevada Bar No. 10703
    Bryan J. Ure, Esq.
    Nevada Bar No. 11004

Attorneys for Defendant

DATED:   July 15, 2024    **ROSEN SABA, LLP**

By: /s/ Ryan D. Saba
    Ryan D. Saba, Esq.
    State Bar No. 192370
    Allison Owens, Esq.
    State Bar No. 347908

Attorneys for Plaintiffs

### ORDER

Based on the parties' stipulation [**ECF No. 35**] and good cause appearing, IT IS ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2024